| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 3–D Concepts, LLC <br> Name | EIN | 20–2707447 |
| United States Bankruptcy Court **District of Maryland** | | Date case filed for chapter 7 | 4/6/18 |
| Case number: 18–14610 MMH    Chapter: 7 | | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | 3–D Concepts, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1006 Parksley Ave <br> Baltimore, MD 21223 | |
| **4. Debtor's attorney** <br> Name and address | Marc A. Ominsky <br> The Law Offices of Marc A. Ominsky <br> Century Plaza Building <br> 10632 Little Patuxent Parkway <br> Suite 249 <br> Columbia, MD 21044 | Contact phone 443–539–8712 <br> Email: marc@mdlegalfirm.com |
| **5. Bankruptcy trustee** <br> Name and address | Marc H. Baer <br> 455 Main Street <br> Reisterstown, MD 21136 | Contact phone 443–712–2529 <br> Email: **None** |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Baltimore Division <br> 101 West Lombard Street, Ste. 8530 <br> Baltimore, MD 21201 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Visit http://www.mdb.uscourts.gov/ for court hours <br><br> Contact phone (410) 962–2688 <br><br> Date: 4/9/18 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 15, 2018 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **101 W. Lombard Street, Garmatz Courthouse, 2nd Fl., #2650, Baltimore, MD 21201** |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor  3–D Concepts, LLC                                                                                                     Case number **18–14610**

| | | |
|---|---|---|
| **8.** | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. |
| | Please do not file a proof of claim unless you receive a notice to do so. | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.** | **Deadlines:** | **Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:** |
| | Papers must be *received* by the bankruptcy clerk's office by the following deadlines: | **Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticingor DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. |