# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **18–14610 – MMH**   Chapter: **7**

**3–D Concepts, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition Non–Individual. Fee Amount $335 Filed by 3–D Concepts, LLC. (Ominsky, Marc)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/23/18.**

CURE: The Resolution of Board of Directors must be signed.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 4/9/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301–344–3326

cc:  Debtor
    Attorney for Debtor – Marc A. Ominsky

defntc (rev. 12/12/2016)