United States Bankruptcy Court
District of Maryland

In re:  
3-D Concepts, LLC  
    Debtor

Case No. 18-14610-MMH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-1     User: jwhitfiel    Page 1 of 1    Date Rcvd: Apr 09, 2018  
                    Form ID: defntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.  
db          +3-D Concepts, LLC,    1006 Parksley Ave,    Baltimore, MD 21223-3212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:  
         Marc A. Ominsky    marc@mdlegalfirm.com,    adeal@mdlegalfirm.com,bkcourtmailmd@gmail.com  
         Marc H. Baer    mbaer@waldmangrossfeld.com,    md09@ecfcbis.com  
                                                                                                TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:   Case No.: **18–14610 – MMH**   Chapter: **7**

**3–D Concepts, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   1 – Chapter 7 Voluntary Petition Non–Individual. Fee Amount $335 Filed by 3–D Concepts, LLC. (Ominsky, Marc)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 4/23/18.**

CURE:   The Resolution of Board of Directors must be signed.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.
Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 4/9/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301–344–3326

cc:   Debtor
Attorney for Debtor – Marc A. Ominsky

defntc (rev. 12/12/2016)