# United States Bankruptcy Court
## District of Maryland

In re    __3-D Concepts, LLC__ _____

                                               Debtor(s)

Case No. _____

Chapter   __7__ _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, **Mark Hendricks**, declare under penalty of perjury that I am the **Owner** of **3-D Concepts, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members/ Board of Directors of said Limited Liability Company at a special meeting duly called and held on the __1ˢᵗ__ day of __MARCH__, 2018.

      "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

      Be It Therefore Resolved, that **Mark Hendricks, Owner** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that **Mark Hendricks, Owner** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that **Mark Hendricks, Owner** of this Limited Liability Company is authorized and directed to employ **Marc A. Ominsky, Esq. 13956**, attorney and the law firm of **Law Offices of Marc A. Ominsky,** to represent the corporation in such bankruptcy case."

Date   __April 6, 2018__ _____

Signed   **/s/ Mark Hendricks** _____
                  **Mark Hendricks**