Entered: August 6, 2018
Signed:  August 6, 2018

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  18−14610 − MMH     Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

3−D Concepts, LLC
*debtor has no known aliases*
1006 Parksley Ave
Baltimore, MD 21223

Social Security No.:

Employer's Tax I.D. No.:  20−2707447

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 4/6/18.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** − *jwhitfield*